# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN N. BACHMAN, an individual, | Case No. CV 18-6290 PA (AGRx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING THE ACTION PURSUANT TO FRCP 41(a)(1)** |
| MEDTRONIC, INC., a business entity, exact form unknown; and Does 1 through 100, inclusive, | |
| Defendants. | [Filed concurrently with Joint Stipulation for Dismissal with Prejudice Pursuant to FRCP 41 (a)(1)] |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice pursuant to FRCP 41(a)(1), filed concurrently herewith, the Court herby orders that the above-captioned action be dismissed with prejudice in its entirety ~~and that the Court retain jurisdiction to enforce the settlement agreement~~.

**SO ORDERED.**

DATED: May 03, 2019

HONORABLE PERCY ANDERSON
United States District Court Judge

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300